Case 2:95-cr-00227-JLL   Document 13   Filed 10/19/11   Page 1 of 1 PageID: 19

PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Nasworthy, Steven, Dale

Cr.: 95-227-01
PACTS Number: 11021

Name of Sentencing Judicial Officer: Honorable William G. Bassler

Date of Original Sentence: 07/15/96

Original Offense: Possession with intent to distribute cocaine

Original Sentence: Imprisonment for 188 months, financial disclosure, drug treatment and pay a $10,000 fine.

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/23/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION The offender will be granted an early termination from supervised release.

## CAUSE

The offender has satisfied all of his court ordered sanctions, maintained employment, avoided new criminal activity and completed 32 out of 60 months of his supervised release term.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 9/23/11

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/29/11
Date